FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 31  AM 7: 37

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

BRIAN LEWIS                                CIVIL ACTION

VERSUS                                     NUMBER: 05-0652

DUANE HARDY, ET AL.                        SECTION: "F"(5)

O R D E R

The Court, having considered the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and the failure of plaintiff to file any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** plaintiff's suit is **DISMISSED** for failure to prosecute pursuant to Rule 41(b), Fed.R.Civ.P.

New Orleans, Louisiana, this 30TH day of JANUARY, 2006.

Martin L. C. Feldman
UNITED STATES DISTRICT JUDGE

___ Fee____
_✓_ Process____
_X_ Dktd____
___ CtRmDep____
___ Doc. No____